**FILED**
December 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DANIEL PORTILLO RIVERA,** | § | |
| **Petitioner,** | § | |
| v. | § | **CIVIL NO. SA-25-CV-1688-OLG** |
| **PAMELA BONDI** *et al.*, | § | |
| **Respondents.** | § | |

# O R D E R

Pending before the Court is Petitioner Daniel Portillo Rivera's Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (Dkt. No. 1). To state a claim for habeas relief, the federal detainee must show that he is "in custody in violation of the Constitution or laws or treaties of United States." 28 U.S.C. § 2241(c)(3); *Sims v. Lumpkin*, No. 24-0450, 2024 WL 1468703, at *2 (S.D. Tex. Apr. 4, 2024). In his Petition, Petitioner fails to state any claim for relief; he does not even assert that his continued detention is unlawful. *See* Dkt. No. 1. In the absence of any claim, the Petition is defective.

**IT IS HEREBY ORDERED** that Petitioner shall file an amended petition correcting the deficiencies identified above no later than **Tuesday, December 16, 2025**. Failure to comply with this order will result in dismissal. *See* FED. R. CIV. P. 41(b).[1]

**SIGNED** this 9th day of December, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner requests attorney fees under the Equal Access to Justice Act. *See* Dkt. No. 1 at 6. Even if he prevails in this litigation, he is entitled to no such relief. *See Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023) ("[T]he EAJA does not authorize attorney's fees for successful 28 U.S.C. § 2241 motions.").