**FILED**
March 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DANIEL PORTILLO RIVERA,** | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. SA-25-CV-1688-OLG |
| **PAMELA BONDI** *et al.*, | § | |
| Respondents. | § | |

# O R D E R

Pending before the Court is Petitioner Daniel Portillo Rivera's Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (Dkt. No. 6), to which Respondents responded (Dkt. No. 9). It does not appear that Petitioner, A-206-512-825, is presently detained. *See* [Online Detainee Locator System](). As a result, this habeas proceeding may be moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021).

**IT IS THEREFORE ORDERED** that the parties shall confer and submit a joint advisory regarding the status of Petitioner's detention by **Friday, March 6, 2026**.

**IT IS SO ORDERED**.

**SIGNED** on March 5, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE