**FILED**
March 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANIEL PORTILLO RIVERA, | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. SA-25-CV-1688-OLG |
| PAMELA BONDI et al., | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is an Advisory (Dkt. No. 13) submitted by Respondents, in which they represent that Petitioner has been released from custody, rendering this habeas proceeding moot. *See* Dkt. No. 13. The Court agrees. Because the relief sought herein has been granted, this action is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (Dkt. No. 6) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on March \_\_9\_\_, 2026.

ORLANDO L. GARCIA
United States District Judge